UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:05-cr-37-7 |
| Joseph Butler, | ) |
| Defendant. | ) |

### NOTICE OF APPEAL

Comes Now, Joseph Butler, Defendant, pro se, and hereby files his Notice of Appeal to the Court's Order Regarding Motion For Sentence Reduction Pursuant To 18 U.S.C. § 3582(c)(2), issued on April 20, 2018.

Executed this 27 day of April, 2018.

*Joseph Butler* (signature)
Joseph Butler
Reg. No. 56260-083
LSCI Butner
P.O. Box 999
Butner, NC 27509