Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(B)　　　　　　　　　　　　　Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

United States of America
v.
Joseph Butler

Case No: 4:05cr37-7
USM No: 56260-083

Date of Original Judgment: January 5, 2006
Date of Previous Amended Judgment: April 20, 2018
*(Use Date of Last Amended Judgment if Any)*

Pro Se
_Defendant's Attorney_

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on the First Step Act of 2018, Pub. L. No. 115-391, ___ Stat. ___, and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.　　GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   April 20, 2018   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 2-15-19

/s/
Rebecca Beach Smith
United States District Judge
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Rebecca Beach Smith, United States District Judge
*Printed name and title*