**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-6113

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

JOSEPH BUTLER, a/k/a Monkey,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca Beach Smith, Senior District Judge. (4:05-cr-00037-RBS-FBS-7)

Submitted: November 5, 2020          Decided: November 12, 2020

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Butler, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Butler appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion for relief from the court's prior order denying his motion for a sentence reduction and denying Butler's motion to appoint counsel.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *United States v. Butler*, No. 4:05-cr-00037-RBS-FBS-7 (E.D. Va. Jan. 8, 2020).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*