RECEIVED AUG 9 2021
R. B. SMITH
SENIOR U.S. DISTRICT JUDGE, NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

JOSEPH BUTLER,
    Defendant,

v.                                    CRIMINAL NO: 4:05cr37

UNITED STATES OF AMERICA,
    Plaintiff.

RESPONSE TO UNITED STATES DISTRICT ATTORNEY OPPOSITION

A LETTER FOR FORGIVENESS

    Mr. Eric M Hurt painted this picture of Mr. Joseph Butler to be a terrorist and it seems most of his accusations stem from old charges that were dismissed during Mr. Butler's past. It is obvious that Mr. Butler is being prosecuted for his past history. Mr. Butler considers himself as a decent human being that made foolish decision. A MAN ONCE SAID "[B]efore you judge me, you must get to [k]now me". Before Mr. Butler's incarceration, Mr. Butler had no sense of direction. Mr. Butler admits his criminal background is not favorable, his drug abuse lead him down a dark road that caused unnecessary misdemeanor. Mr. Butler's savage ways created a demon that possessed selfishness, infidelity, heartbreaks and abandonment.

TO HAVE A BRIGHTER FUTURE, YOU MUST LET GO OF THE PAST!

    Know that family is important! Mr. Butler has reflected back on life and used being locked up as "A STEPPING STONE" by taking advantage of education, V-tech training, parenting, drug abuse programs ...

    Mr. Butler's work ethics keeps him motivated to work several jobs most of his incarceration. Know that Mr. Butler is focused; contacting DMV, child support services and the credit bureau is top on his agenda. The passing of Mr. Butler's father crushed his soul so he promised his father that he would be a law abiding citizen to make him proud. Mr. Butler now pleads for MERCY by asking Honorable Judge Rebecca Beach Smith and Mr. Eric M. Hurt to find it in their heart to forgive him for his involvement and prays that he gets a second chance.

## TAKING THE VACCINE

Mr. Butler was hesitant of taking the Pfizer - BioNTech vaccine due to lack of information the nurses had to provide about the vaccine. Since working in the Medical Administration, Mr. Butler had the chance to question some doctors about the Pfizer - BioNTech vaccine and it is safe to say that Mr. Butler has had a change of heart with regards to vaccination.

The Delta Variant has raised eyebrows about the seriousness of hospitalization and death. Government officials are trying to move forward to mandatory vaccination. Also, universal corporations are following suit, with CDC requiring masks to be mandated with vaccination. Mr. Butler must take the vaccine to seek employment if released.

As of today, August 2, 2021, here at the FMC Butner the fifth floor is currently on lockdown due to COVID cases. All (ICP) Inmate care providers are being tested once again in the cadre unit and cases are still rising throughout the complex. JB

## HOME PLAN

Mr. Butler would gather all documents to obtain his driver license. Mr. Butler has several job offers on the table, if released. The City of NewPort News public works (storm water or water works), Walmart Distribution Center, FEDX to name a few.

Mr. Butler also plans to attend Truck Driving School or study to retrieve his CDL hoping to start his own TRUCKING COMPANY, someday. Mr. Butler would reside at 128 Zenith Loop, Newport News, Virginia 23601 with his step-daughter Deshana Nunnally, contact number: (757) 969-8143.

## CERTIFICATE OF SERVICE

I certify that on August 4, 2021 I have sent a copy of the foregoing to A.U.S.A. Eric M. Hurt, United States Attorney Office, Fountain Plaza Three, Suite 300, 721 Lakefront Commons, Newport News, Virginia 23606.

Respectfully submitted,

Joseph Butler

FROM: News, Ent
TO: 16188056
SUBJECT: FNSNEWZ.... HUMP DAY
DATE: 08/03/2021 10:51:20 PM

Welcome to FNSNewz, where we deliver the tea piping hot.... grab a cup, because we over here minding other people business. WE DON'T MAKE THE NEWS WE JUST POUR THE TEA. NOW LET'S BE NOSEY. Please note this is for entertainment purposes only. This information is all alleged. Credits to HIP HOP DX, The Shade Room, Google News, TMZ, Media Take Out, CNN, MARSHALL PROJECT, FAMM, BOP AND OTHER NEWS REPORTING SERVICES.

Happy National: National Chocolate Chip Cookie Day, National Coast Guard Day

Happy Birthday to: BARACK OBAMA, MEGHA MARKLE, COLE SPROUSE, BOBBY SHMURDA, KIRA GIRRD, LOUISE ARMSTRONG, RICH DOLLAZ, JESSICA MAUBOY, BRUNA MARQUEZINE, MARQUES HOUSTON, PETER WEBER, JEFF GORDAN, BILLY BOB THORNTON, DANIEL DAE KIM

QUOTE:
Being taken for granted can be a compliment. It means that you've become a comfortable, trusted element in another person's life. Joyce Brothers

When you're always there for people they stop appreciating you because your favors are now an expectation. unknown

If only relationships awarded metals to their long-tern survivors, you might have some value to staying in them. Jason Edward Shiffman

BOP COVID-19 Tested Positive as OF 8/3/2021

(Inmate) 8/3/2021

Texarkana FCI (76); McCreary USP (28); Houston FDC (9); Aliceville FCI (29); Bennettsville FCI (2); Edgefield FCI (9); Terminal Island FCI (19); Yazoo City USP (11); Florence - High USP (2); Marion USP (8); Pollock USP (4); Miami FDC (27); Victorville Medium II FCI (1); Butner FMC (7); Victorville USP (1); Williamsburg FCI (2); Atlanta USP (7); Ashland FCI (1); Butner Medium II FCI (8); Coleman I USP; (2); Coleman Medium FCI (2); Dublin FCI (1); El Reno FCI (1); Forrest City Medium FCI (1); Fort Worth FMC (1); GEO Care, LLC (RRC) (1); Geo Care (RRC) (1); Guaynabo MDC (2); Honolulu FDC (3); Sheridan FCI (3) Leavenworth USP (1); MILAN (1) ; Montgomery FPC (1); Seagoville FCI (2); Yazoo City Medium FCI (1); Yazoo City Low FCI (4); Devens FMC (1); Danbury FCI (1)L; New York MCC (1); San Diego MCC (4); Englewood FCI (1); Oakdale II FCI (1); Seagoville FCI (1); Alderson FPC (1); Jesup FCI (1); Florence (1); GREENVILLE FCI (1); Berlin FCI (5); TALLAHASSEE FCI (1); THREE RIVERS (1); Butner Medium I FCI (1); Coleman Low FCI (1); Morgantown FCI (1); (308)

(Staff) 8/3/21 (173)

Home Confinement Releases; the BOP has placed an additional 7,368 inmates on home confinement.

General Horoscope

August 4, 2021 - Intuition clashes with desire, but ultimately we get what is meant for us. The emotional Moon is square idealistic Neptune, creating illusions that drive us to chase our whims, despite that nagging feeling that there's something more fulfilling out there. Thankfully, the Moon connects in a harmonious trine with wise Jupiter, aligning us with what's best for us, rather than what's flashy and tempting. Finally, the Moon enters its home sign of Cancer at 5:17 pm EDT, making everything a little clearer, both in our hearts and our heads.

Gov. Andrew Cuomo sexually harassed multiple women, including employees in his office, according to New York's Attorney General. NY A.G. Letitia James announced the results of her investigation Tuesday, and said the NY Governor had sexually harassed former and current employees from 2013 to 2020 -- and had even retaliated against an ex-employee who reported allegations. According to the report ... the sexual harassment included unwanted and inappropriate groping, kissing, hugging and comments that were "deeply humiliating, uncomfortable, offensive or inappropriate." James says Cuomo and his office fostered a "toxic" workplace that enabled "harassment to occur.." The AG's probe took 5 months, and found Cuomo and his senior staff intended to discredit and disparage at least one of his accusers. The report's bottom line is Cuomo's actions violated



**U. S. Department of Justice**
Federal Bureau of Prisons
**Federal Correctional Complex**

*Federal Medical Center*
*P. O. Box 1600*
Butner, NC 27509

---

DATE: July 26, 2021

FROM: R. Moore
Health Services Assistant

SUBJECT: Butler, Joseph Reg. # 56260-083

To Whom It May Concern;

Butler, Joseph Reg. # 56260-083 has been at FCC Butner since July 2, 2015. Inmate Butler is and individual who takes pride in his work and his appearance. Inmate Butler is always willing to go above and beyond in all areas that he is needed to make sure his tasks are completed as assigned,

Since arriving at the FCC Butner he has held various jobs and participated in classes such as Finance Responsibility, Anger Management. He completed his GED March 11, 2009.
While being assigned as an orderly at the FMC he is responsible for maintaining sanitation in multiple areas.

On a daily basis he cleans Medical Administration, Ambulatory Care, Dental, Urgent Care, and Specialty Services. He has a great attitude, and communicates well with staff and other inmates. .

Butler also has a second work assignment in Recreation that he participates in during the evening shifts. He has never been out of place or unaccounted for nor disrespectful in any way at any time since he has been assigned to the Medical Admin area.   He is willing to train others on various items.

I am sure he will have Great success in his future endeavors.